﻿Citation Nr: AXXXXXXXX
Decision Date: 11/30/20 Archive Date: 11/30/20

DOCKET NO. 200716-98370
DATE: November 30, 2020

ORDER

The request to readjudicate the claim for service connection for bilateral hearing loss is denied.

FINDINGS OF FACT

1. An April 2019 rating decision denied service connection for bilateral hearing loss, and a January 2020 higher level review decision continued the denial.

2. In April 2020, the Veteran submitted a Supplemental Claim for entitlement to service connection for bilateral hearing loss.

3. Evidence received since the April 2019 and January 2020 rating decisions, but prior the issuance of the May 2020 rating decision, was not previously part of the actual record before agency adjudicators; however, none of the evidence tends to prove or disprove a matter at issue in the Veteran’s claim for service connection for bilateral hearing loss.

CONCLUSION OF LAW

New and relevant evidence sufficient to readjudicate the claim for entitlement to service connection for bilateral hearing loss has not been received. 38 C.F.R. §§ 3.156(d), 3.2501, 19.2.

REASONS AND BASES FOR FINDINGS AND CONCLUSION

The Veteran served on active duty in the U.S. Army from March 1951 to February 1953.

This matter comes before the Board of Veterans’ Appeals (Board) on appeal from a May 2020 rating decision of a Department of Veterans Affairs (VA) Regional Office (RO).

In an October 2020 Written Brief Presentation, the Veteran’s representative included a link to a study indicating high hearing loss amongst truck drivers along with a synopsis of the study. However, this evidence was added to the claims file during a period of time when new evidence was not allowed. As the Board is deciding the Veteran’s claim, it may not consider this evidence in its decision. 38 C.F.R. § 20.300. The Veteran may file a Supplemental Claim and submit or identify this evidence. 38 C.F.R. § 3.2501. If the evidence is new and relevant, VA will issue another decision on the claim, considering the new evidence in addition to the evidence previously considered. Id. Specific instructions for filing a Supplemental Claim are included with this decision.

This appeal has been advanced on the Board’s docket pursuant to 38 C.F.R. § 20.900(c); 38 U.S.C. § 7107(a)(2).

Whether new and relevant evidence has been submitted to readjudicate the claim for service connection for bilateral hearing loss.

VA regulations, applicable to AMA adjudications, provide that if new and relevant evidence is presented or secured with respect to a supplemental claim, the AOJ will readjudicate the claim taking into consideration all of the evidence of record. In determining whether new and relevant evidence is presented or secured, VA will consider any VA treatment records reasonably identified by the claimant and any evidence received by VA after VA issued notice of a decision on the claim and while the evidentiary record was closed. 38 C.F.R. § 3.2501. Upon receipt of a substantially complete supplemental claim, VA’s duty to assist in the gathering of evidence is triggered and includes any such assistance that may help secure new and relevant evidence. 38 C.F.R. § 3.2501(c).

New evidence is evidence not previously part of the actual record before agency adjudicators. Relevant evidence is information that tends to prove or disprove a matter at issue in a claim. Relevant evidence includes evidence that raises a theory of entitlement that was not previously addressed. 38 C.F.R. § 3.2501(a)(1). New and relevant evidence received before VA issues its decision on a supplemental claim will be considered as having been filed in connection with the claim. 38 C.F.R. § 3.2501(a)(2).

The Veteran filed his initial claim for service connection for bilateral hearing loss in October 2018 which was denied in an April 2019 rating decision on the basis the condition was not incurred in or caused by his military service. Following a higher-level review pursuant to the Veteran’s request, a rating decision was issued in January 2020 continuing the denial. The January 2020 Higher-Level Review rating decision considered the evidence that was of record at the time of the issuance of the April 2019 rating decision. 

The Veteran filed a Supplemental Claim in April 2020 seeking readjudication of his claim for service connection for bilateral hearing loss along with copies of a March 2018 VA examination report and the January 2020 rating decision. In a May 2020 rating decision, the AOJ denied to readjudicate the claim on the basis that no new and relevant evidence had been submitted. The Veteran then appealed to the Board and selected the Direct Review docket.

At the time of the April 2019 and January 2020 rating decisions, the pertinent evidence of record included military personnel records, service treatment records, a March 2018 VA examination report and opinion, VA treatment records, and a lay statement from the Veteran. Since notice was issued of the April 2019 and January 2020 rating decisions and prior to issuance of notice of the May 2020 rating decision, VA treatment records through May 2020 were added to the record.

As this evidence was not previously part of the actual record before agency adjudicators, it is new. However, while this evidence is new, it is not relevant to the issue on appeal. The updated VA treatment records, which include a January 2020 audiological visit for the Veteran’s hearing aids, do not relate to whether the Veteran’s hearing loss was incurred in or was caused by his military service, the matter at issue in the claim. Therefore, as none of the new evidence tends to prove or disprove a matter at issue in the claim for service connection for bilateral hearing loss, it is not relevant within the meaning of 38 C.F.R. § 3.2501(a)(1). 

The Board acknowledges that the Veteran submitted copies of the March 2018 VA examination report with his April 2020 Supplemental Claim, which does relate to whether the Veteran’s hearing loss was incurred in or caused by his military service. However, the evidence is not new as it was considered by agency adjudicators in the April 2019 and January 2020 rating decisions.

In sum, there is no doubt to be resolved and the Veteran’s request to readjudicate the claim of entitlement to service connection for bilateral hearing loss is denied. 38 C.F.R. §§ 3.156(d), 3.2501, 19.2.

 

 

C. CRAWFORD

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board E. Mortimer, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.